Jeffry Locke
530 Alameda Del Prado, #396
Novato, CA 94949
Telephone: (415) 413-4401



FILED
SEP 1 0 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Trustee in Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| In re: | Case No. 07-10719 AJ |
|---|---|
| DENISON, BRIGHAM | Chapter 7 |
| Brigham Denison Insurance Agency | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $135.67. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 4 | California Service Bureau<br>9 Commercial #201,<br>Novato, CA 94949 | 1,920.37 | 135.67 |
| | Total Unclaimed Dividends | | $135.67 |

Dated: September 3, 2009

Jeffry Locke, TRUSTEE